## (May 24, 1976)

■ CUNNINGHAM & KAMING, P. C., et al., v MAURICE H. NADJARI.— Motion granted to the extent of staying enforcement of the order appealed from as related to the subpoena of the records of Cunningham & Kaming, P. C., pending hearing and determination of the appeal. The appeal is calendared for May 26, 1976. The motion as it relates to records of Merchants Bank is denied *(United States v Miller,* 425 US 435). The appeal is to be heard on the original record, upon 12 copies of briefs to be served and filed by each party on or before May 25, 1976. Concur—Stevens, P. J., Markewich, Silverman and Capozzoli, JJ.

## (May 25, 1976)

■ HARRY JANKOWITZ, Respondent, v INSURANCE COMPANY OF GREATER NEW YORK, Appellant.—Order and judgment (one paper), Supreme Court, New York County, entered on February 25, 1976, unanimously affirmed for the reasons stated by Postel, J., at Special Term and that the respondent recover of the appellant $60 costs and disbursements of this appeal. Concur —Stevens, P. J., Markewich, Capozzoli, Nunez and Lynch, JJ.

■ GREYHOUND CORPORATION et al., Appellants, v A. H. CHESTER et al., Respondents and Third-Party Plaintiffs-Appellants. GENERAL FIRE AND CASUALTY COMPANY, Third-Party Defendant-Respondent.—Judgment, Supreme Court, New York County, entered on February 7, 1975, unanimously affirmed for the reasons stated by Amsterdam, J., at Trial Term. Defendants-respondents and third-party plaintiffs-appellants shall recover of plaintiffs-appellants and third-party defendant-respondent $60 costs and disbursements of these appeals. Concur—Stevens, P. J., Markewich, Capozzoli, Nunez and Lynch, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANCIS TURANO, Appellant.—Judgment, Supreme Court, New York County, rendered on February 9, 1976, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur—Stevens, P. J., Markewich, Capozzoli, Nunez and Lynch, JJ.

■ UNIVERSAL EDUCATION, INC., Appellant, v CEYLON LSG. Co., Respondent.—Order, Supreme Court, New York County, entered on March 1, 1976, unanimously affirmed for the reasons stated by Wallach, J., at Individual Calendar Part. Respondent shall recover of appellant $40 costs and disbursements of this appeal. Concur—Stevens, P. J., Markewich, Capozzoli, Nunez and Lynch, JJ.

■ In the Matter of JOHN T. O'SHEA, Appellant, v MICHAEL J. CODD et al., Respondents.—Judgment, Supreme Court, New York County (Frank, J.), entered on July 30, 1975, unanimously affirmed, on opinion of Frank, J., at Special Term, without costs and without disbursements. Concur—Markewich, J. P., Kupferman, Lupiano, Silverman and Lane, JJ.